Francis PIERRE, Plaintiff–Appellant,

v.

Commonwealth of VIRGINIA, Office of the Attorney General; Arlington County General District Court, The Judges and the Clerk's Office; Washington Shuttle, Incorporated, Defendants–Appellees.

No. 02–1180.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 19, 2002.

Francis Pierre, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM:

Francis Pierre appeals the district court's order dismissing his attempt to appeal his state action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Pierre v. Virginia*, No. CA–02–71–A (E.D.Va. Jan. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*